**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BRANDON GREEN,

        Plaintiff(s),

v.

CHARLES DANIELS, *et al.*,

        Defendant(s).

2:21-cv-00681-RFB-VCF

**ORDER**

Before the Court are Plaintiff's motion requesting defendants to admit or deny (ECF NO. 36) and motion for notice to defendants of Rule 11 violation (ECF NO. 38).

Plaintiff filed these motions before defendants accepted service. Plaintiff's motion requesting defendants to admit or deny is prematurely filed. Plaintiff's motion for notice of Rule 11 violation does not apply.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion requesting defendants to admit or deny (ECF NO. 36) and motion for notice to defendants of Rule 11 violation (ECF NO. 38), are DENIED.

DATED this 14th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1