# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Brandon Green,

        Plaintiff,

v.

Charles Daniels, et al.,

        Defendant.

2:21-cv-00681-RFB-VCF

**ORDER**

      Before the Court are Brandon Green's motion to name unnamed defendants for the record (ECF NO. 99), motion for failure to reply (ECF No. 101), and motion to appoint expert (ECF No. 102).

      Andrea Vieira, Esq. was appointed as pro bono counsel of record for Brandon Green on October 5, 2023. (ECF No. 98). Green filed the instant motion on his own behalf. (ECF Nos. 99, 101, and 102).

      Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

      Accordingly,

      The Clerk of Court is directed to STRIKE Green's motion to name unnamed defendants for the record (ECF NO. 99), motion for failure to reply (ECF No. 101), and motion to appoint expert (ECF No. 102) from the docket.

      IT IS HEREBY ORDERED that plaintiff's counsel is directed to provide a copy of this order to Brandon Green.

      DATED this 16th day of November 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE