# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Green,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Charles Daniels, et al.,<br><br>　　　　　　Defendant(s). | 2:21-cv-00681-RFB-MDC<br><br>**Order** |

The Court has considered plaintiff Brandon Green's motion for transcripts. ECF No. 113. The Court grants the motion in part. Plaintiff states that he needs the transcripts from the December 14, 2023, motion to withdraw hearing because he needs copies of the remaining deadlines. Since the deadlines are stated in the Court's order (ECF No. 110), the Court finds that it is unnecessary to order that the entire hearing be transcribed at this time.

For the foregoing reasons,

**IT IS ORDERED** that:

1.　Plaintiff's *motion for transcripts* (ECF No. 113) is **GRANTED IN PART.**

2.　The Clerk of Court is directed to send plaintiff a copy of the Court's minute order (ECF No. 110) with the remaining deadlines.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the

right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

It is so ordered.

DATED this 7th day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge